# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS INC.,

**E-filing**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

EL CAMINO PAVING, INC., a
California corporation,



TO: (Name and address of defendant)
El Camino Paving Co.
P.O. Box 62319
Sunnyvale, CA  94088

MMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL   (State Bar#50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone:  (415) 392-5431

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK