ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EL CAMINO PAVING, INC., a California corporation<br><br>Defendant. | NO.  C 08 1243 MMC<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies ex parte for an order to continue the Case Management Conference from June 13, 2008 to September 12, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:  June 5, 2008

Respectfully submitted,

ERSKINE & TULLEY

By: /s/ Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE        1