```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 08 1243 MMC |
| ) | |
| Plaintiff, ) | DECLARATION OF ATTORNEY |
| ) | MICHAEL J. CARROLL |
| vs. ) | IN SUPPORT OF PLAINTIFF'S |
| ) | EX PARTE APPLICATION FOR |
| EL CAMINO PAVING, INC., a ) | ORDER TO CONTINUE CASE |
| California corporation ) | MANAGEMENT CONFERENCE |
| ) | |
| Defendant. ) | |
| _____) | |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service was just accomplished upon the only party on May 23, 2008 and Defendant has not had enough time to file a responsive pleading.

3. If the defendant has not filed a responsive pleading soon the plaintiff will enter the default.

4. Then the Trust Fund relies upon a self-reporting system, so only the defendant has the records the Trust fund needs to determine the amounts due.  However, before this can be done, it will be necessary to take the deposition of defendant's custodian of records.

5. It is requested that the Court continue the Status Conference some ninety days hence, to September 12, 2008.

6. Good cause exists to grant plaintiff's request for a continuance of the case management conference currently set for June 13, 2008 so that plaintiff may avoid unnecessary legal expenses and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 5, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On June 5, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

El Camino Paving, Inc.
924 San Rafael Avenue
Mountain View, CA 94043

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman