ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.          ) | NO.  C 08 1243 MMC |
| Plaintiffs,       ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs.            ) | |
| EL CAMINO PAVING, INC., a California) corporation          ) | |
| Defendant.       ) | |

IT IS ORDERED that the Case Management Conference in this case set for June 13, 2008 continued to September 12, 2008 at 10:00 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____

_____
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE