1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.    )    NO.  C 08 1243 MMC
12                                   )
                    Plaintiffs,      )    ORDER TO CONTINUE CASE
13                                   )    MANAGEMENT CONFERENCE
              vs.                    )
14                                   )
   EL CAMINO PAVING, INC., a California)
15 corporation                       )
                                     )
16                  Defendant.       )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this
                               is                              10:30
19 case set for June 13, 2008 ᵛ continued to September 12, 2008 at ~~10:00~~

20 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:  June 6, 2008

23                                   _____
                                     Honorable Maxine M. Chesney
24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE