1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA 94104
Telephone: (415) 392-5431
4 Facsimile: (415) 392-1978

5 Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.    )    NO. C 08 1243 MMC
                                    )
12              Plaintiff,           )    MOTION FOR ENTRY OF
                                    )    DEFAULT
13     vs.                           )
                                    )
14 EL CAMINO PAVING, INC., a California )
   corporation                        )
15                                    )
                                    )
16              Defendant.           )
                                    )
17 _____)

18

19     To the Clerk of the United States District Court for the Northern District of California:

20     You will please enter the default of defendant, EL CAMINO PAVING, INC., a

21 California corporation, for failure to plead or otherwise move as provided by the Federal Rules of Civil

22 Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed

23 herewith.

24 Dated: July 17, 2008                           ERSKINE & TULLEY

25

26                                    By:  /s/ Michael J. Carroll
                                          MICHAEL J. CARROLL
27                                         Attorney for Plaintiff

28

**MOTION FOR ENTRY OF DEFAULT**            1