1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4   Facsimile:  (415) 392-1978

5   Attorneys for Plaintiff

6

7                         UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10

11                                          )    NO. C 08 1243 MMC
    NORTHWEST ADMINISTRATORS, INC.,         )
12                                          )    DECLARATION OF MICHAEL J.
                                            )    CARROLL  IN  SUPPORT    OF
13                          Plaintiff,       )    MOTION   FOR   ENTRY   OF
                                            )    DEFAULT
14          vs.                             )
                                            )
15   EL CAMINO PAVING, INC., a California    )
     corporation                           )
16                                          )
                                            )
17                          Defendant.       )
                                            )
18   ─────────────────────────────────────

19          I, MICHAEL J. CARROLL, declare:

20          1.  I am duly admitted to practice law before all of the courts of the State of California

21   and in the United States District Court, Northern District of California.  I am one of the attorneys for

22   plaintiff in this action.  I have personal knowledge of the facts stated herein and if called as a witness,

23   I could competently testify as follows:

24          2.  The complaint and summons in this action were served on defendant, EL CAMINO

25   PAVING, INC., a California corporation, on May 23, 2008 as appears from the proofs of service of said

26   summons e-filed with the Court.

27          3.  The time within which the defendant  may answer or otherwise move as to the

28   complaint has expired, defendant has not answered or otherwise moved and the time for defendant to

1    answer or otherwise move has not been extended.

2                   I declare under penalty of perjury that the foregoing is true and correct.

3                   Executed on July 17, 2008 at San Francisco, California.

4

5                                                             /s/ Michael J. Carroll
                                                              MICHAEL J. CARROLL
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE BY MAIL**

2     I am a citizen of the United States and employed in the City and County of San Francisco,

3 California.  I am over the age of eighteen years and not a party to the within above entitled action; my

4 business address is 220  Montgomery Street, Suite 303, San Francisco, California  94104.  On  July

5 17, 2008 I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF**

6 **MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT,**

7 **DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF**

8 **DEFAULT and PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action,

9 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the

10 United States post office mail box at San Francisco, California, addressed as follows:

11 El Camino Paving, Inc.
924 San Rafael Avenue
12 Mountain View, CA 94043

13     I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true

14 and correct.

15     Executed on July 17, 2008 at San Francisco, California.

16

17                   /s/   Sharon Eastman
                        Sharon Eastman

18

19

20

21

22

23

24

25

26

27

28