1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                        )      NO. C 08 1243 MMC
   NORTHWEST ADMINISTRATORS, INC.         )
13                                        )      PROPOSED NOTICE OF ENTRY
                        Plaintiff,        )      OF DEFAULT
14                                        )
              vs.                         )
15                                        )
   EL CAMINO PAVING, INC., a California   )
16 corporation                           )
                                          )
17                                        )
                        Defendant..       )
18 _____)

19

20          IT IS HEREBY NOTICED that the default of defendant, EL CAMINO PAVING, INC.,

21 a California corporation, has been entered by the Clerk of the Court on _____.

22 Date:_____          Richard W. Wieking, Clerk

23

24                                By: _____
                                       Deputy Clerk
25

26

27

28

   **NOTICE OF ENTRY OF DEFAULT**              1