**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 30, 2008

RE:  CV 08-01243 MMC       NORTHWEST ADMINISTRATORS-v- EL CAMINO PAVING

Default is entered as to defendant El Camino Paving, Inc., a California corporation on 7/30/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89