ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) Plaintiff, ) ) vs. ) ) EL CAMINO PAVING, INC., a California ) corporation ) ) ) Defendant. ) _____ ) | NO.  C 08 1243 MMC<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies ex parte for an order to continue the Case Management Conference from September 12, 2008 to December 12, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:  September 4, 2008

Respectfully submitted,

ERSKINE & TULLEY

By:/s/ Michael J. Carroll
        Michael J. Carroll
        Attorneys for Plaintiff


EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE        1