```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 08 1243 MMC |
| ) | |
| Plaintiff, ) | DECLARATION OF ATTORNEY |
| ) | MICHAEL J. CARROLL |
| vs. ) | IN SUPPORT OF PLAINTIFF'S |
| ) | EX PARTE APPLICATION FOR |
| EL CAMINO PAVING, INC., a ) | ORDER TO CONTINUE CASE |
| California corporation ) | <u>MANAGEMENT CONFERENCE</u> |
| ) | |
| Defendant. ) | |
| _____) | |

I, MICHAEL J. CARROLL, certify:

1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs in this action. I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.   Service was accomplished upon the only party in this case on May 23, 2008.  No responsive pleading was filed.

3.   On July 30, 2008 Default was entered.

4.   A substantial payment has been paid but not applied to this pending case.

1       5. It is requested that the Court continue the Case Management Conference some ninety days hence, to December 12, 2008, to provide time to either settle the case or file a motion for default judgment.

     6. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for September 12, 2008 to December 12, 2008 so that plaintiff may avoid unnecessary legal expenses and to avoid any unnecessary burden to the Court.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

     Executed on September 4, 2008 at San Francisco, California.

                         /s/ Michael J. Carroll
                          Michael J. Carroll

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On September 4, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

El Camino Paving, Inc.
924 San Rafael Avenue
Mountain View, CA 94043

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008 at San Francisco, California.

                                        <u>/s/Sharon Eastman</u>
                                        Sharon Eastman