1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.      )     NO.  C 08 1243 MMC
12                                     )
                        Plaintiffs,    )     ORDER TO CONTINUE CASE
13                                     )     MANAGEMENT CONFERENCE
            vs.                        )
14                                     )
   EL CAMINO PAVING, INC., a California)
15 corporation                        )
                                       )
16                      Defendant.     )
   _____)
17

18          IT IS ORDERED that the Case Management Conference in this

19 case set for September 12, 2008 continued to December 12, 2008 at

20 10:00 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____

23                            _____
                             Honorable Maxine M. Chesney
24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE