```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 08 1243 MMC |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| vs. ) | AND SETTING DEADLINE FOR |
| ) | FILING MOTION FOR |
| EL CAMINO PAVING, INC., a California ) | DEFAULT JUDGMENT |
| corporation ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that the Case Management Conference in this case set for September 12, 2008 be continued to December 12, 2008 at 10:00 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA. Further, the deadline to file a motion for default judgment is October 17, 2008.

Dated: September 5, 2008

_____
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE