IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-08-1243 MMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES** |
| v. | |
| EL CAMINO PAVING, INC., | |
| Defendant. | |

Before the Court is plaintiff's "Motion for Default Judgment and Attorneys' Fees," field October 14, 2008.  No opposition has been filed.

Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for decision thereon, hereby VACATES the hearing scheduled for December 5, 2008, and, good cause appearing, hereby GRANTS the motion and awards plaintiff the total sum of $6604.19, as follows[1]:

1. Pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii), plaintiff is awarded liquidated damages in the amount of $5193.04.

2. Pursuant to 29 U.S.C. § 1132(g)(2)(B), plaintiff is awarded interest in the amount of $186.15.

---

[1] By the instant order, the Court makes no finding as to plaintiff's additional request, included in plaintiff's proposed form of order, that the Court determine herein plaintiff's right to bring a subsequent action under the Trust Agreement.

3. Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiff is awarded attorneys' fees in the amount of $720.00.

4. Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiff is awarded costs in the amount of $505.00.

**IT IS SO ORDERED.**

Dated:  December 8, 2008

_____
MAXINE M. CHESNEY
United States District Judge