IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

        Plaintiff,

  v.

EL CAMINO PAVING, INC.,

        Defendant.

No. CV-08-1243 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS plaintiff's motion and awards plaintiff the total sum of $6604.19 as follows:

    1. Pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii), plaintiff is awarded liquidated damages in the amount of $5193.04.

    2. Pursuant to 29 U.S.C. § 1132(g)(2)(B), plaintiff is awarded interest in the amount of $186.15.

    3. Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiff is awarded attorneys' fees in the amount of $720.00.

1 |       4. Pursuant to 29 U.S.C. § 1132(g)(2)(D), plaintiff is awarded costs in the amount
2 | of $505.00.

Dated: December 8, 2008                                   Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>